1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RENE ORLANDO MIRANDA, | Case No. EDCV 08-1482-VAP (RCx) |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| RECONTRUST COMPANY, DOE 1, and DOES 2-50, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: December 1, 2008

                               VIRGINIA A. PHILLIPS
                            United States District Judge